IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LARRY RAY YAWN, JR., #285063, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:20-CV-536-RAH |
| | ) | |
| OFFICER W. TODD, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

On January 4, 2021, the Magistrate Judge entered a Recommendation (Doc. 24) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is DISMISSED without prejudice for Plaintiff's failure to file a response in compliance with an order of this court.

A separate Final Judgment will be entered.

DONE, this 29th day of January, 2021.

/s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE